David E. Stanley (SBN 144025)
Email: dstanley@reedsmith.com
REED SMITH LLP
355 South Grand Avenue, Suite 2900
Los Angeles, CA 90071
Telephone: +1 213 457 8000
Facsimile: +1 213 457 8080

Attorneys for Defendant
ELI LILLY AND COMPANY

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TERESA KELLY and MARTIN KELLY; | Case No.: 4:14-cv-03869-KAW |
| Plaintiffs, | **AMENDED STIPULATION TO EXTEND TIME TO RESPOND TO INITIAL COMPLAINT AND CONTINUE CASE MANAGEMENT CONFERENCE** |
| vs. | AND ORDER |
| ELI LILLY AND COMPANY, an Indiana corporation, | |
| Defendant. | |

REED SMITH LLP
A limited liability partnership formed in the State of Delaware

## STIPULATION

Plaintiffs Teresa Kelly and Martin Kelly ("Plaintiffs") and Defendant Eli Lilly and Company ("Defendant"), by and through their respective attorneys of record, stipulate and agree as follows:

**WHEREAS**, Plaintiffs filed their Complaint in the above-captioned case against Defendant on August 26, 2014;

**WHEREAS**, Defendant was served with the Complaint on December 16, 2014, rendering a responsive pleading due by January 6, 2015;

**WHEREAS**, the parties have agreed to extend Defendant's deadline to respond to the Complaint to January 19, 2015;

**WHEREAS**, the parties have not previously agreed to any extension of time on Defendant's deadline to respond to the Complaint.

**WHEREAS**, the parties have agreed to continue the case management conference scheduled for January 13, 2015 to February 24, 2015 and for all related deadlines to be based on said date;

**IT IS HEREBY STIPULATED THAT:**

Defendant will respond to Plaintiffs' Complaint on or before January 19, 2015 and the case management conference is continued to February 24, 2015.

DATED: January 6, 2015          KNOX RICKSEN LLP

By:  /s/ Steven B. Stein
Steven B. Stein, Esq.
Attorneys for Plaintiffs Teresa Kelly and Martin Kelly

DATED: January 6, 2015          REED SMITH LLP

By:  /s/ David E. Stanley
David E. Stanley
Michael L. Mandell
Attorneys for Defendant
Eli Lilly and Company

Dated: January 8, 2015

GRANTED
Kandis Westmore
Judge Kandis Westmore

Case No.: 4:14-cv-03869-KAW          – 2 –

AMENDED STIPULATION TO EXTEND TIME TO RESPOND TO INITIAL COMPLAINT AND CONTINUE CASE MANAGEMENT CONFERENCE

REED SMITH LLP
A limited liability partnership formed in the State of Delaware