UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FCE BENEFITS ADMINISTRATORS, INC.,<br><br>        Plaintiff,<br><br>      v.<br><br>TRAINING, REHABILITATION & DEVELOPMENT INSTITUTE, INC.,<br><br>        Defendant. | Case No.  15-cv-01160-JST<br><br>**CLERK'S NOTICE SETTING CASE MANAGEMENT CONFERENCE**<br><br>Re: Dkt. No. 10 |

**YOU ARE NOTIFIED THAT** a Case Management Conference is set for July 1, 2015 at 2:00 P.M. before the Honorable JON S. TIGAR.  The Joint Case Management Conference Statement is due ten Court days prior to the conference.

Please report to Courtroom 9, 19th Floor, Phillip Burton Federal Building, 450 Golden Gate Avenue, San Francisco, CA 94102.

Dated: March 17, 2015

                                                      Richard W. Wieking
                                                      Clerk, United States District Court

                                                      By: _____
                                                      William Noble, Deputy Clerk to the
                                                      Honorable JON S. TIGAR
                                                      415-522-2036