UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TERESA KELLY, et al.,<br><br>    Plaintiffs,<br><br>v.<br><br>ELI LILLY AND COMPANY,<br><br>    Defendant. | Case No. 14-cv-03869-JST<br><br>**ORDER CONTINUING CASE MANAGEMENT CONFERENCE**<br><br>Re: ECF No. 28 |

Plaintiffs have filed an unopposed motion to continue the case management conference currently set for March 25, 2015. ECF No. 28. Plaintiffs ask that the conference not be re-scheduled unless and until their pending Motion for Voluntarily Dismissal is denied. Id.; see ECF No. 26.

The conference currently set for March 25, 2015 is hereby continued to May 6, 2015 at 2:00 p.m.

IT IS SO ORDERED.

Dated: March 17, 2015

                                                  JON S. TIGAR
                                             United States District Judge